632

423 A.2d 1305

Commonwealth v. Brown, Appellant.

Submitted March 23, 1979. James J. Demarco, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, HESTER and WIEAND, JJ.

Judgment of sentence affirmed.

423 A.2d 1306

Commonwealth v. DeFoy, Appellant.

Submitted April 12, 1979. Jay S. Nedell, for appellant; Lynette D. Lang, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and LIPEZ, JJ.

Order affirmed.